IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02585-WYD-MJW

YELLOW BOOK USA, INC.,

     Plaintiff(s),

v.

JON M. BROWN;
WILLIAM SWIFT;
MICHAEL TOFEL; and
GO TO GUIDES OF COLORADO, LLC,

     Defendant(s).

---

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Stipulated Motion for Dismissal, pursuant to Fed.R.Civ.P. 41(a)(1), filed March 2, 2006.  In the Motion, the Parties advise that they have settled this matter and executed a written Settlement Agreement, and request dismissal of this action in its entirety, with prejudice.  Therefore, it is hereby

ORDERED that the Stipulated Motion for Dismissal, filed March 2, 2006, is **GRANTED**.  It is

FURTHER ORDERED that this action is hereby **DISMISSED WITH PREJUDICE**, the parties to pay their own costs and attorneys' fees.

Dated:  March 7, 2006

                          BY THE COURT:


                          s/ Wiley Y. Daniel
                          Wiley Y. Daniel
                          U. S. District Judge